AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

__Southern__ District of __New York__

MARIANE PEARL, in her own right and as Representative of the Estate of Daniel Pearl

V.

AHMED OMAR SAEED SHEIKH, et al.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 07 CIV 6639

JUDGE CROTTY

TO: (Name and address of Defendant)

HABIB BANK LIMITED
60 East 42nd Street
New York City, New York

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Michael E. Elsner, Esq.
Motley Rice LLC
28 Bridgeside Blvd.
P.O. Box 1792
Mount Pleasant, SC 29465

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON

CLERK

DATE: JUL 24 2007

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | 7/24/2007 |
| NAME OF SERVER *(PRINT)* <br> Julio Lucena | TITLE <br> Managing Clerk |

*Check one box below to indicate appropriate method of service*

☑ Served personally upon the defendant. Place where served:

    Habib Bank Limited, 60 East 42nd Street, New York, New York, 10165 (Served copy of complaint on Faiq Sadiq, Senior Vice President & Country Manager)

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

### DECLARATION OF SERVER

    I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on    7/25/2007      *[signature]*
                Date            *Signature of Server*

                     112 Madison Avenue, New York, N.Y. 10016
                             *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.