

**MotleyRice**

Michael E. Elsner
Licensed in SC, VA, NY
DIRECT DIAL 843.216.9250
DIRECT FAX 843.216.9450
MElsner@motleyrice.com

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: AUG 2 0 2007

August 13, 2007

*August 20, 2007*
**Application GRANTED**
**SO Ordered**
*Paul Crotty*
USDJ

<u>VIA FACSIMILE</u>

Honorable Paul A. Crotty
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 735
New York, New York 10007

RE: *Mariane Pearl, et al. vs. Ahmed Omar Saeed Sheikh, et al* – 07 CV 6639 – Request for Extension of Time to Respond

Dear Judge Crotty:

  Pursuant to paragraph 1(E) of this Court's Individual Practices, the parties have agreed to an extension of sixty (60) days for Defendant Habib Bank to answer or otherwise respond to the complaint. The original response being due today, Plaintiffs have agreed to allow Defendant Habib Bank up to and including October 12, 2007, to file their response to Plaintiffs' complaint. This is the first such request in this action. The parties respectfully request the Court grant this extension.

Respectfully,

Michael E. Elsner (ME8337)

MEE/gc

cc: Jodi Flowers, Esq.
   Nausheen Ahmad, counsel for Habib Bank

**MEMO ENDORSED**

www.motleyrice.com

| MT PLEASANT | BARNWELL | PROVIDENCE | HARTFORD | ATLANTA |
|---|---|---|---|---|
| Motley Rice LLC Attorneys at Law | 28 Bridgeside Blvd. PO Box 1792 MT. Pleasant, SC 29465 843-216-9000 843-216-9450 FAX | 1750 Jackson St PO Box 365 Barnwell, SC 29812 803-224-8800 803-259-7048 FAX | 321 South Main St PO Box 6067 Providence, RI 02940 401-457-7700 401-457-7708 FAX | One Corporate Center 20 Church St, 17th Floor Hartford, CT 06103 860-882-1681 860-882-1682 FAX | 600 West Peachtree St. Suite 800 Atlanta, Georgia 30308 404-201-6900 404-201-6959 FAX |