UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARIANE PEARL, in her own right and as Representative of the ESTATE OF DANIEL PEARL, Deceased and as GUARDIAN FOR their MINOR SON,<br><br>     Plaintiffs,<br><br>    v.<br><br>AHMED OMAR SAEED SHEIKH a/k/a "CHAUDREY BASHIR" a/k/a "BASHIR", SHEIKH MOHAMMED ADEEL, AFTAB ANSARI, FAISAL BHATTI a/k/a ZUBAIR CHISHTI, NAEEM BUKHARI a/k/a QARI ATAUR RAHMAN, AMJAD FAROOQI (Deceased) a/k/a MANSUR HASNAIN a/k/a IMTIAZ SIDDIQUI a/k/a HAYDER OR HAIDER, FAZEL KARIM, ALI KHAN, SAUD MEMOM, The ESTATE OF SAUD MEMON And HEIRS OF SAUD MEMON, KHALED SHEIKH MOHAMMED, FAHAD NASEEM, MOHAMMED HASHIM QADEER a/k/a "ARIF" a/k/a HASHIM KADIR, ABDUL RAHMAN, ASIF RAMZI (Deceased), SALMAN SAQIB a/k/a SYED SULEIMAN SAQUIB, AL RASHID TRUST, AL AKHTAR TRUST INTERNATIONAL a/k/a AL AKHTAR TRUST, AL QAEDA, HABIB BANK LIMITED, HARAKAT UL-MUJAHEDEEN, HARAKAT UL-MUJAHEDEEN AL-ALMI, JAISH-E-MOHAMMED, LASHKAR-E-JHANGVI,<br><br>     Defendants. | 07 Civ. 6639<br><br>**NOTICE OF**<br>**APPEARANCE** |

  Please take notice that the undersigned, of the law firm of Kellogg, Huber, Hansen, Todd, Evans & Figel, P.L.L.C., is hereby entering an appearance of counsel of record for Defendant Habib Bank Limited.

Dated: September 25, 2007

        KELLOGG, HUBER, HANSEN, TODD,
         EVANS & FIGEL, P.L.L.C.

        By: /s/ Joseph S. Hall
           Joseph S. Hall
           SDNY Bar Code: JH-2612
           1615 M Street, N.W., Suite 400
           Washington, D.C. 20036
           Tel.:  326-7900
           Fax:  326-7999