UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARIANE PEARL, in her own right and as Representative of the ESTATE OF DANIEL PEARL, Deceased and as GUARDIAN FOR their MINOR SON,<br><br>Plaintiffs,<br><br>v.<br><br>AHMED OMAR SAEED SHEIKH a/k/a "CHAUDREY BASHIR" a/k/a "BASHIR", SHEIKH MOHAMMED ADEEL, AFTAB ANSARI, FAISAL BHATTI a/k/a ZUBAIR CHISHTI, NAEEM BUKHARI a/k/a QARI ATAUR RAHMAN, AMJAD FAROOQI (Deceased) a/k/a MANSUR HASNAIN a/k/a IMTIAZ SIDDIQUI a/k/a HAYDER OR HAIDER, FAZEL KARIM, ALI KHAN, SAUD MEMOM, The ESTATE OF SAUD MEMON And HEIRS OF SAUD MEMON, KHALED SHEIKH MOHAMMED, FAHAD NASEEM, MOHAMMED HASHIM QADEER a/k/a "ARIF" a/k/a HASHIM KADIR, ABDUL RAHMAN, ASIF RAMZI (Deceased), SALMAN SAQIB a/k/a SYED SULEIMAN SAQUIB, AL RASHID TRUST, AL AKHTAR TRUST INTERNATIONAL a/k/a AL AKHTAR TRUST, AL QAEDA, HABIB BANK LIMITED, HARAKAT UL-MUJAHEDEEN, HARAKAT UL-MUJAHEDEEN AL-ALMI, JAISH-E-MOHAMMED, LASHKAR-E-JHANGVI,<br><br>Defendants. | 07 Civ. 6639<br><br>**MOTION TO ADMIT**<br>**COUNSEL *PRO HAC VICE*** |

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for

the Southern and Eastern Districts of New York, I, Joseph S. Hall, a member in good standing of

the bar of this Court, hereby move for an Order allowing the admission *pro hac vice* of

| | |
|---|---|
| Applicant's Name: | Colin S. Stretch |
| Firm Name: | Kellogg, Huber, Hansen, Todd, Evans & Figel, P.L.L.C. |
| Address: | 1615 M Street, N.W., Suite 400 |
| | Washington, D.C., 20036 |
| Phone Number: | 202-326-7968 |
| Fax Number: | 202-326-7999 |

Colin S. Stretch is a member in good standing of the District of Columbia. There are no pending disciplinary proceedings against Colin S. Stretch in any State or Federal Court.

Dated: September 25, 2007

Respectfully submitted,

*[signature]*

Joseph S. Hall
SDNY Bar Code: JH-2612
KELLOGG, HUBER, HANSEN, TODD,
  EVANS & FIGEL, P.L.L.C.
1615 M Street, N.W., Suite 400
Washington, D.C. 20036
202-326-7900
202-326-7999

*Counsel for Defendant Habib Bank Limited*

# United States District Court
# for the District of Columbia
## CLERK'S OFFICE
### 333 Constitution Avenue, NW
### Washington, DC 20001

I, **NANCY M. MAYER-WHITTINGTON,** Clerk of the United States District Court for the District of Columbia, do hereby certify that:

### COLIN S. STRETCH

was, on the 5th day of November A.D. 2001 admitted to practice as an Attorney at Law at the Bar of this Court, and is, according to the records of this Court, a member of said Bar in good standing.

In Testimony Whereof, I hereunto subscribe my name and affix the seal of said Court in the City of Washington this 19th day of September A.D. 2007.

**NANCY M. MAYER-WHITTINGTON,** CLERK

By: _____
Deputy Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARIANE PEARL, in her own right and as Representative of the ESTATE OF DANIEL PEARL, Deceased and as GUARDIAN FOR their MINOR SON,<br><br>Plaintiffs,<br><br>v.<br><br>AHMED OMAR SAEED SHEIKH a/k/a "CHAUDREY BASHIR" a/k/a "BASHIR", SHEIKH MOHAMMED ADEEL, AFTAB ANSARI, FAISAL BHATTI a/k/a ZUBAIR CHISHTI, NAEEM BUKHARI a/k/a QARI ATAUR RAHMAN, AMJAD FAROOQI (Deceased) a/k/a MANSUR HASNAIN a/k/a IMTIAZ SIDDIQUI a/k/a HAYDER OR HAIDER, FAZEL KARIM, ALI KHAN, SAUD MEMOM, The ESTATE OF SAUD MEMON And HEIRS OF SAUD MEMON, KHALED SHEIKH MOHAMMED, FAHAD NASEEM, MOHAMMED HASHIM QADEER a/k/a "ARIF" a/k/a HASHIM KADIR, ABDUL RAHMAN, ASIF RAMZI (Deceased), SALMAN SAQIB a/k/a SYED SULEIMAN SAQUIB, AL RASHID TRUST, AL AKHTAR TRUST INTERNATIONAL a/k/a AL AKHTAR TRUST, AL QAEDA, HABIB BANK LIMITED, HARAKAT UL-MUJAHEDEEN, HARAKAT UL-MUJAHEDEEN AL-ALMI, JAISH-E-MOHAMMED, LASHKAR-E-JHANGVI,<br><br>Defendants. | 07 Civ. 6639<br><br>**AFFIDAVIT OF JOSEPH S. HALL IN SUPPORT OF MOTION TO ADMIT COUNSEL *PRO HAC VICE*** |

District of Columbia      )   ss:

Joseph S. Hall, being duly sworn, hereby deposes and says as follows:

    1.    I am a partner at Kellogg, Huber, Hansen, Todd, Evans & Figel, P.L.L.C., counsel for Defendant Habib Bank Limited in the above-captioned action. I am familiar with the

proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of defendant's motion to admit Colin S. Stretch as counsel *pro hac vice* to represent defendant Habib Bank Limited in this matter.

2. I am a member in good standing of the bar of the State of New York, and was admitted to practice law on October 24, 2000. I am also admitted to the bar of the United States District Court for the Southern District of New York, and am in good standing with this Court.

3. I have known Mr. Stretch since October 2001.

4. Mr. Stretch is a partner at Kellogg, Huber, Hansen, Todd, Evans & Figel, P.L.L.C., in Washington, D.C.

5. I have found Mr. Stretch to be a skilled attorney and a person of integrity. He is experienced in Federal practice and is familiar with the Federal Rules of Procedure.

6. Accordingly, I am pleased to move the admission of Colin S. Stretch, *pro hac vice*.

7. I respectfully submit a proposed order granting the motion to admit Colin S. Stretch, *pro hac vice*, which is attached hereto as Exhibit A.

WHEREFORE it is respectfully requested that the motion to admit Colin S. Stretch, *pro hac vice*, to represent defendant Habib Bank Limited in the above captioned matter, be granted.

Dated: September 25, 2007
District of Columbia

              Respectfully submitted,

              _____
              Joseph S. Hall
              SDNY Bar Code: JH-2612

District of Columbia: SS
Subscribed and Sworn to before me

this 25th day of September, 2007.

       _____
       Notary Public, D.C.

My commission expires 10/31/2011

            Diane M. Cooke
            Notary Public, District of Columbia
            My Commission Expires 10/31/2011

3

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing MOTION TO ADMIT COUNSEL *PRO HAC VICE* and AFFIDAVIT OF JOSEPH S. HALL IN SUPPORT OF MOTION TO ADMIT COUNSEL *PRO HAC VICE* was served via overnight mail, this 25th day of September, 2007.

Michael E. Elsner
Ronald L. Motley
Jodi Westbrook Flowers
MOTLEY RICE LLC
28 Bridgeside Boulevard
P.O. Box 1792
Mount Pleasant, SC 29465
Tel.: 843-216-9000

*Counsel for Plaintiffs Mariane Pearl, in her own right and as Representative of the Estate of Daniel Pearl, Deceased and as Guardian for their Minor Son*

Respectfully submitted,

_____
Joseph S. Hall
SDNY Bar Code: JH-2612