UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

MARIANE PEARL, in her own right and as Representative of the ESTATE OF DANIEL PEARL, Deceased and as GUARDIAN FOR their MINOR SON,

    Plaintiffs,

v.

AHMED OMAR SAEED SHEIKH a/k/a "CHAUDREY BASHIR" a/k/a "BASHIR", SHEIKH MOHAMMED ADEEL, AFTAB ANSARI, FAISAL BHATTI a/k/a ZUBAIR CHISHTI, NAEEM BUKHARI a/k/a QARI ATAUR RAHMAN, AMJAD FAROOQI (Deceased) a/k/a MANSUR HASNAIN a/k/a IMTIAZ SIDDIQUI a/k/a HAYDER OR HAIDER, FAZEL KARIM, ALI KHAN, SAUD MEMOM, The ESTATE OF SAUD MEMON And HEIRS OF SAUD MEMON, KHALED SHEIKH MOHAMMED, FAHAD NASEEM, MOHAMMED HASHIM QADEER a/k/a "ARIF" a/k/a HASHIM KADIR, ABDUL RAHMAN, ASIF RAMZI (Deceased), SALMAN SAQIB a/k/a SYED SULEIMAN SAQUIB, AL RASHID TRUST, AL AKHTAR TRUST INTERNATIONAL a/k/a AL AKHTAR TRUST, AL QAEDA, HABIB BANK LIMITED, HARAKAT UL-MUJAHEDEEN, HARAKAT UL-MUJAHEDEEN AL-ALMI, JAISH-E-MOHAMMED, LASHKAR-E-JHANGVI,

    Defendants.

---

07 Civ. 6639

**ORDER FOR ADMISSION**
***PRO HAC VICE***
**ON WRITTEN MOTION**

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: OCT 0 1 2007
```

    Upon the motion of Joseph S. Hall for Defendant Habib Bank Limited and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

>Kelly P. Dunbar
>
>Kellogg, Huber, Hansen, Todd, Evans & Figel, P.L.L.C.
>
>1615 M Street, N.W., Suite 400
>
>Washington, D.C. 20036
>
>Tel.: 202-326-7944 / Fax: 202-326-7999
>
>kdunbar@khhte.com

is admitted to practice *pro hac vice* as counsel for Defendant Habib Bank Limited. in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the *pro hac vice* fee to the Clerk of Court.

Dated:
City, State: *New York, New York*
*October 1, 2007*

_____
United States District Judge