UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

MARIANE PEARL, in her own right and as
Representative of the ESTATE OF DANIEL
PEARL, Deceased and as GUARDIAN FOR their
MINOR SON,

Plaintiffs,

v.

AHMED OMAR SAEED SHEIKH, a/k/a
"CHAUDREY BASHIR" a/k/a "BASHIR",
SHEIKH MOHAMMED ADEEL, AFTAB
ANSARI, FAISAL BHATTI a/k/a ZUBAIR
CHISHTI, NAEEM BUKHARI a/k/a QARI
ATAUR RAHMAN, AMJAD FAROOQI
(Deceased) a/k/a MANSUR HASNAIN a/k/a
IMTIAZ SIDDIQUI a/k/a HAYDER OR
HAIDER, FAZEL KARIM, ALI KHAN, SAUD
MEMOM, The ESTATE OF SAUD MEMON And
HEIRS OF SAUD MEMON, KHALED SHEIKH
MOHAMMED, FAHAD NASEEM,
MOHAMMED HASHIM QADEER a/k/a "ARIF"
a/k/a HASHIM KADIR, ABDUL RAHMAN,
ASIF RAMZI (Deceased), SALMAN SAQIB,
a/k/a SYED SULEIMAN SAQUIB, AL RASHID
TRUST, AL AKHTAR TRUST
INTERNATIONAL a/k/a AL AKHTAR TRUST,
AL QAEDA, HABIB BANK LIMITED,
HARAKAT UL-MUJAHEDEEN, HARAKAT
UL-MUJAHEDEEN AL-ALMI, JAISH-E-
MOHAMMED, LASHKAR-E-JHANGVI,

Defendants.

07 Civ. 6639

**CONSENT MOTION FOR
ENTRY OF
<u>SCHEDULING ORDER</u>**

## CONSENT MOTION FOR ENTRY OF SCHEDULING ORDER

Habib Bank Limited ("Habib"), Defendant in the above-styled case, hereby moves for the entry of a scheduling order governing Habib's Motion to Dismiss Plaintiffs' complaint.  Counsel for Habib was recently retained.  Counsel for Habib then submitted motions for admission pro hac vice, which this Court granted on October 1, 2007.  Habib has conferred with counsel for Plaintiffs and represents that Plaintiffs have consented to the entry of this scheduling order.  The agreed-upon proposed schedule is as follows:

1.  Habib's Motion to Dismiss Plaintiffs' complaint will be filed on November 15, 2007.

2.  Plaintiffs' Opposition to Habib's Motion to Dismiss will be filed on January 18, 2008.

3.  Habib's Reply in Support of its Motion to Dismiss (if any) will be filed on February 18, 2008.

Pursuant to paragraph 1(E) of this Court's Individual Practices, Habib states that, on August 20, 2007, this Court granted Plaintiffs' and Habib's request for an extension of time of sixty days to answer or otherwise respond to the complaint.  Under that agreement, Habib's response would be due on October 12, 2007.  This Motion is thus a second extension of time for Habib to respond to the complaint.

WHEREFORE, Habib respectfully requests that the Court grant the Consent Motion for Entry of Scheduling Order.

Dated:  October 2, 2007

Respectfully submitted,


/s/ Michael K. Kellogg
Michael K. Kellogg (admitted *pro hac vice)*
David E. Ross (admitted *pro hac vice)*
Kelly P. Dunbar (admitted *pro hac vice)*
KELLOGG, HUBER, HANSEN, TODD,
  EVANS & FIGEL, P.L.L.C.
1615 M Street, N.W., Suite 400
Washington, D.C. 20036
Tel.:  202-326-7900
Fax:  202-326-7999

*Counsel for Defendant Habib Bank Limited*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| MARIANE PEARL, in her own right and as Representative of the ESTATE OF DANIEL PEARL, Deceased and as GUARDIAN FOR their MINOR SON, | 07 Civ. 6639 |
| Plaintiffs, | **<u>SCHEDULING ORDER</u>** |
| v. | |
| AHMED OMAR SAEED SHEIKH a/k/a "CHAUDREY BASHIR" a/k/a "BASHIR", SHEIKH MOHAMMED ADEEL, AFTAB ANSARI, FAISAL BHATTI a/k/a ZUBAIR CHISHTI, NAEEM BUKHARI a/k/a QARI ATAUR RAHMAN, AMJAD FAROOQI (Deceased) a/k/a MANSUR HASNAIN a/k/a IMTIAZ SIDDIQUI a/k/a HAYDER OR HAIDER, FAZEL KARIM, ALI KHAN, SAUD MEMOM, The ESTATE OF SAUD MEMON And HEIRS OF SAUD MEMON, KHALED SHEIKH MOHAMMED, FAHAD NASEEM, MOHAMMED HASHIM QADEER a/k/a "ARIF" a/k/a HASHIM KADIR, ABDUL RAHMAN, ASIF RAMZI (Deceased), SALMAN SAQIB, a/k/a SYED SULEIMAN SAQUIB, AL RASHID TRUST, AL AKHTAR TRUST INTERNATIONAL a/k/a AL AKHTAR TRUST, AL QAEDA, HABIB BANK LIMITED, HARAKAT UL-MUJAHEDEEN, HARAKAT UL-MUJAHEDEEN AL-ALMI, JAISH-E-MOHAMMED, LASHKAR-E-JHANGVI, | |
| Defendants. | |

---

## <u>SCHEDULING ORDER</u>

Upon consideration of the Habib Bank Limited's Consent Motion for Entry of

Scheduling Order, it is hereby ORDERED that the motion is GRANTED.

1.  Habib's Motion to Dismiss Plaintiffs' complaint will be filed on November 15, 2007.

2.  Plaintiffs' Opposition to Habib's Motion to Dismiss will be filed on January 18, 2008.

3.  Habib's Reply in Support of its Motion to Dismiss (if any) will be filed on February 18, 2008.

Dated:  October __, 2007

_____
Hon. Paul A. Crotty
United States District Judge

2

## CERTIFICATE OF SERVICE

I hereby certify that, on October 2, 2007, a copy of the foregoing was served by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.

/s/ Michael K. Kellogg
Michael K. Kellogg (admitted *pro hac vice*)
KELLOGG, HUBER, HANSEN, TODD,
  EVANS & FIGEL, P.L.L.C.
1615 M Street, N.W., Suite 400
Washington, D.C. 20036
Tel.:  202-326-7900
Fax:  202-326-7999