**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **MARIANE PEARL,** in her own right and as Representative of the **ESTATE OF DANIEL PEARL,** Deceased and as **Guardian for** their **Minor Son**. | )<br>)<br>)<br>)<br>) |
| **Plaintiffs,** | ) |
| vs. | )<br>) |
| **AHMED OMAR SAEED SHEIKH**<br>   AKA "CHAUDREY BASHIR"<br>   AKA "BASHIR" | ) **CIVIL ACTION NO. 07-CV-6639**<br>) **(PAC)**<br>)<br>) |
| **SHEIKH MOHAMMED ADEEL** | ) **NOTICE OF VOLUNTARY**<br>) **DISMISSAL** |
| **AFTAB ANSARI** | )<br>) |
| **FAISAL BHATTI**<br>   AKA ZUBAIR CHISHTI | )<br>)<br>) |
| **NAEEM BUKHARI**<br>   AKA QARI ATAUR RAHMAN | )<br>)<br>) |
| **AMJAD FAROOQI (DECEASED)**<br>   AKA MANSUR HASNAIN<br>   AKA IMTIAZ SIDDIQUI<br>   AKA HAYDER OR HAIDER | )<br>)<br>)<br>)<br>) |
| **FAZAL KARIM** | )<br>) |
| **ALI KHAN** | )<br>) |
| **SAUD MEMON,**<br>**The ESTATE OF SAUD MEMON**<br>**And HEIRS OF SAUD MEMON** | )<br>)<br>)<br>) |
| **KHALED SHEIKH MOHAMMED** | )<br>) |
| **FAHAD NASEEM** | )<br>) |
| **MOHAMMED HASHIM QADEER**<br>   AKA "ARIF"<br>   AKA HASHIM KADIR | )<br>)<br>)<br>) |

| | |
|---|---|
| **ABDUL RAHMAN** | ) |
| | ) |
| **ASIF RAMZI (Deceased)** | ) |
| | ) |
| **SALMAN SAQIB** | ) |
|    AKA SYED SULEIMAN SAQUIB | ) |
| | ) |
| **AL RASHID TRUST** | ) |
| | ) |
| **AL AKHTAR TRUST INTERNATIONAL** | ) |
|    AKA AL AKHTAR TRUST | ) |
| | ) |
| **AL QAEDA** | ) |
| | ) |
| **HABIB BANK LIMITED** | ) |
| | ) |
| **HARAKAT UL-MUJAHEDEEN** | ) |
| | ) |
| **HARAKAT UL-MUJAHEDEEN AL-ALMI** | ) |
| | ) |
| **JAISH-E-MOHAMMED** | ) |
| | ) |
| **LASHKAR-E-JHANGVI** | ) |
| | ) |
| **Defendants.** | ) |
| | ) |

Pursuant to Federal Rule of Civil Procedure 41(a)(1), Plaintiff Mariane Pearl, in her own right and as Representative of the Estate of Daniel Pearl, Deceased and as Guardian for their Minor Son ("Plaintiff"), submits this Notice of Voluntary Dismissal to dismiss the defendants, Ahmed Omar Saeed Sheikh AKA "Chaudrey Bashir" AKA "Bashir", Sheikh Mohammed Adeel, Aftab Ansari, Faisal Bhatti AKA Zubair Chishti, Naeem Bukhari AKA Qari Ataur Rahman, Amjad Farooqi (Deceased) AKA Mansur Hasnain AKA Imtiaz Siddiqui AKA Hayder AKA Haider, Fazal Karim, Ali Khan, Saud Memon, the Estate of Saud Memon, the Heirs of Saud Memon, Khaled Sheikh Mohammed, Fahad Naseem, Mohammed Hashim Qadeer AKA "Arif" AKA Hashim Kadir, Abdul Rahman, Asif Ramzi (Deceased), Salman Saqib AKA Syed Suleiman

Saquib, Al Rashid Trust, Al Akhtar Trust International AKA Al Akhtar Trust, Al Qaeda, Habib Bank Limited, Harakat Ul-Mujahedeen, Harakat Ul-Mujahedeen Al-Almi, Jaish-E-Mohammed, and Lashkar-E-Jhangvi (the "Named Defendants"), without prejudice from Pearl, et al. v. Ahmed Omar Saeed Sheikh, et al., No. 07-CV-6639 (PAC):

WHEREAS, the Complaint in this action was filed by the Plaintiffs against the Named Defendants on July 24, 2007, in the United States District Court for the Southern District of New York; and

WHEREAS, no defendant has Answered or filed a Motion to Dismiss or a Motion for Summary Judgment; and Pursuant to Fed. R. Civ. P. 41(a)(1), Plaintiff in the above-referenced action hereby voluntarily dismisses the Named Defendants without prejudice and without costs from Pearl, et al. v. Ahmed Omar Saeed Sheikh, et al., No. 07-CV-6639 (PAC). As there are no other defendants currently named in this case, this case should thereby be dismissed without prejudice.

Dated: October 23, 2007

Respectfully Submitted,

_/S/ Michael E. Elsner_____
Michael E. Elsner, Esq. (NY Bar No. ME-8337,
VA Bar No. 41424, SC Bar No. 72893)
Ronald L. Motley, Esq. (SC Bar No. 4123)
Jodi Westbrook Flowers, Esq. (SC Bar No. 66300)
Donald Migliori, Esq. (RI Bar No. 4936; MA Bar No. 567562; and MN Bar No. 0245951)
Elizabeth Smith, Esq. (SC Bar No. 68246)
Justin Kaplan, Esq. (TN Bar No. 922145)
John Eubanks, Esq. (MD Bar)

MOTLEY RICE LLC
28 Bridgeside Boulevard, P.O. Box 1792
Mount Pleasant, South Carolina 29465
Telephone: (843) 216-9000

Attorneys for Plaintiff